```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16291
   RICHARD LEE STUMP
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-9065


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/11/06 and confirmed on 03/28/07.

   2.  The case was dismissed after confirmation, 06/06/2008.

   3.  The Debtor paid a total of $    2252.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRUNDY BANK | SECURED VEHIC | 4650.00 | 395.92 | 1369.42 |
| CARMEN STUMP | CHILD SUPPORT | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ANN MARIE STRUCK DDS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 517.42 | .00 | .00 |
| CHECKCARE SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| PETTY CASH OF ILLINOIS | UNSECURED | 6178.17 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 885.29 | .00 | .00 |
| CYBRCOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 496.25 | .00 | .00 |
| CALIRERAD ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH CARE SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1629.69 | .00 | .00 |
| INSTITUTE FOR PERSONAL D | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MID ATLANTIC FINANCE INC | UNSECURED | 12566.26 | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MOVIE GALLERY | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RANDY GORDON | UNSECURED | 3600.00 | .00 | .00 |
| SAGE TELECOM | UNSECURED | NOT FILED | .00 | .00 |

```
SUN FINANCE                   UNSECURED        684.34           .00          .00
TCF NATIONAL BANK             UNSECURED      NOT FILED          .00          .00
WORLD ACCEPTANCE CORPORA      UNSECURED       1430.67           .00          .00
CHASE AUTOMOTIVE FINANCE      UNSECURED       8467.41           .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4650.00           .00     36455.50         .00    41105.50
PRINCIPAL PAID      1369.42           .00          .00         .00     1369.42
INTEREST PAID        395.92           .00          .00         .00      395.92
TOTAL PAID          1765.34           .00          .00         .00     1765.34
```

The Debtor's attorney, LESLEY A HOENIG                     , was allowed $   3000.00
and was paid $     394.27 .

The Trustee received $      92.89 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                     /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE